**FILED** 

FEB 1 9 2008

# United States District Court
# For the District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| SUMMER HILL NURSING HOME LLC, | ) ) ) ) | Case: 1:08-cv-00268 |
| vs                Plaintiff | ) ) | Assigned To : Collyer, Rosemary M. Assign. Date : 2/19/2008 |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES; and KERRY N. WEEMS, ACTING ADMINISTRATOR for the CENTERS FOR MEDICARE & MEDICAID SERVICES, | ) ) ) ) ) | Description: Admin. Agency Review |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __SUMMER HILL NURSING HOME LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SUMMER HILL NURSING HOME LLC__ which have any outstanding securities in the hands of the public:

NOT APPLICABLE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__142745__
BAR IDENTIFICATION NO.

John H. Korns
Print Name

BUCHANAN INGERSOLL & ROONEY PC
Address

1700 K Street, NW, Suite 300, Washington, DC 20006-3807
City          State          Zip Code

(202) 452-7939
Phone Number