UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUMMER HILL NURSING HOME LLC,  )<br>      Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>MICHAEL O. LEAVITT, Secretary, U.S.  )<br>      Department of Health and Human  )<br>      Services, and  )<br>KERRY N. WEEMS, Acting Administrator, )<br>      Centers for Medicare & Medicaid  )<br>      Services, U.S. Department of  )<br>      Health and Human Services,  )<br>)<br>      Defendants.  )<br>_____)  | Civil No. 08-00268 (RMC)<br><br>**ECF** |

## PRAECIPE

Defendant requests that the Clerk of the Court enter the appearance of Andrew B. Spalding as agency counsel for Defendants in the above-captioned case.

                                      Respectfully submitted,

                                      <u>/s/ Andrew B. Spalding</u>
                                      ANDREW B. SPALDING
                                      Attorney
                                      D.C. Bar No. 501297
                                      U.S. Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare & Medicaid Services Division
                                      5309 Cohen Building
                                      330 Independence Avenue S.W.
                                      Washington, D.C. 20201
                                      (202) 205-8705

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
    Counsel for Litigation

United States Department of
    Health and Human Services