UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUMMER HILL NURSING HOME LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 08-0268 (RMC) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record, which contains one volume, has been filed and served in hard copy.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this 23 day of April, 2008, addressed to:

**John Hamilton Korns**
BUCHANAN INGERSOLL
1700 K Street, NW
Suite 300
Washington, DC 20006
(202) 452-7939

_____/s/_____
Christopher B. Harwood