UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUMMER HILL NURSING HOME LLC,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL O. LEAVITT, Secretary, U.S.<br>    Department of Health and Human<br>    Services, and<br>KERRY N. WEEMS, Acting Administrator,<br>    Centers for Medicare & Medicaid<br>    Services, U.S. Department of<br>    Health and Human Services,<br><br>    Defendants. | Civil No. 08-00268 (RMC)<br><br>ECF |

**JOINT MOTION TO SET A BRIEFING SCHEDULE AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P 7(b), Plaintiff Summer Hill Nursing Home LLC, and Defendants Michael O. Leavitt, Secretary of Health and Human Services, and Kerry N. Weems, Acting Administrator, Centers for Medicare & Medicaid Services (collectively the "Defendants"), by and through undersigned counsel, hereby respectfully move this Court to set a briefing schedule in this Administrative Procedure Act case. A proposed order consistent with this Motion is attached.

    1.    Plaintiff filed its Complaint on February 19, 2008.

    2.    Defendants filed their Answer on April 21, 2008.

    3.    On April 29, 2008, this Court ordered Plaintiff and Defendants (collectively the "Parties") to submit a Joint Proposed Dispositive Motion Briefing Schedule no later than May 23, 2008.

    4.    The Parties respectfully submit that this case involves an "action for review on an administrative record" governed by the standards of the Administrative Procedure Act. See 42 U.S.C. § 1395oo(f)(1). Thus, the Parties believe that, under Fed. R. Civ. P. 26(a)(1)(E)(i), (f) and Local Civil Rules 16.3(b)(1) and 26.2(a)(1), this case is exempt from: initial disclosure requirements (Fed. R. Civ. P. 26(a)(1); Local Civil Rule 26.2(a)); general scheduling and planning requirements (Fed. R. Civ. P. 16(b); Local Civil Rule 16.3); and conference and discovery planning requirements (Fed. R. Civ. P. 26(f); Local Civil Rule 16.3).

    5.    The Parties agree that, unless they are able to resolve this case by settlement, it could be resolved through dispositive motions, and discovery and trial will likely be unnecessary. Accordingly, the Parties agreed upon the following proposed briefing schedule for cross-motions for summary judgment:

1) Plaintiff shall file and serve its motion and supporting memorandum on **September 22, 2008.**

2) Defendants shall file and serve their motion and a single memorandum in support of their motion and in opposition to Plaintiffs's motion on **November 5, 2008.**

3) Plaintiff shall file a single memorandum in opposition to Defendants' motion and in reply to Defendants' opposition to Plaintiff's motion on **December 1, 2008**.

4) Defendants shall file their memorandum in reply to Plaintiff's opposition to their motion on **January 7, 2009.**

WHEREFORE, the Parties respectfully request this Court's approval of the above-proposed briefing schedule for cross-motions in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Counsel for Plaintiff | Counsel for Defendant |
| _____/s/_____ | _____/s/_____ |
| IRA DANIEL TOKAYER | JEFFREY A TAYLOR |
| IT 4734 | United States Attorney |
| 42 West 38th Street, Suite 802 | D.C. Bar No. 498610 |
| New York, N.Y. 10018 |  |
| (212) 659-5250 |  |
| _____/s/_____ | _____/s/_____ |
| JOHN H. KORNS | CHRISTOPHER B. HARWOOD |
| D.C. Bar No. 142745 | Assistant United States Attorney |
| Buchanan Ingersoll & Rooney PC | N.Y. Registration No. 4202982 |
| 1700 K Street, N.W., Suite 300 | Judiciary Center Building |
| Washington, D.C. 20006-3807 | 555 Fourth Street, N.W. |
| (202) 452-7939 | Washington, D.C. 20530 |
|  | (202) 307-0372 |

ANDREW B. SPALDING
Attorney
D.C. Bar No. 501297
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
5309 Cohen Building
330 Independence Avenue S.W.
Washington, D.C. 20201
(202) 205-8705

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUMMER HILL NURSING HOME LLC, )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>   )<br>MICHAEL O. LEAVITT, Secretary, U.S. )<br>   Department of Health and Human )<br>   Services, and )<br>KERRY N. WEEMS, Acting Administrator, )<br>   Centers for Medicare & Medicaid )<br>   Services, U.S. Department of )<br>   Health and Human Services, )<br>   )<br>   Defendants. )<br>_____ ) | Civil No. 08-00268 (RMC)<br><br>ECF |

## ORDER

Upon consideration of the Parties' Joint Motion to Set a Briefing Schedule and Memorandum of Authorities in Support Thereof, and the entire record herein, it is by the Court this ___ day of _____ 2008:

ORDERED that the Parties shall file their briefs on cross-motions for summary judgment according to the following schedule:

1)   Plaintiff shall file and serve its motion and supporting memorandum on **September 22, 2008.**

2)   Defendants shall file and serve their motion and a single memorandum in support of their motion and in opposition to Plaintiff's motion on **November 5, 2008.**

3)   Plaintiff shall file a single memorandum in opposition to Defendants' motion and in reply to Defendants' opposition to Plaintiff's motion on **December 1, 2008.**

4)     Defendants shall file their memorandum in reply to Plaintiff's opposition to their motion on **January 7, 2009.**

                                                            _____
                                                            ROSEMARY M. COLLYER
                                                             United States District Judge